**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:19-CR-113-JTM-JEM |
| | ) | |
| HENRY RUMPH, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS**
**OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:   THE HONORABLE JAMES T. MOODY,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On March 7, 2024, the United States Government appeared by counsel Assistant United States Attorney Caitlin Padula and Defendant Henry Rumph appeared in person and by counsel Mark C. Laterzo and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On October 28, 2020, Defendant Rumph pled guilty to Count 1 charged in the Indictment (being a felon in possession of a firearm) and on April 29, 2021, Judge James T. Moody sentenced him to a term of thirty-three months imprisonment followed by two years of supervised release subject to specified terms and conditions.

On September 7, 2023, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 70], and an arrest warrant was issued. On February 14, 2024, an Initial Appearance was held.

1

On March 4, 2024, Judge James Moody issued an Order [DE 86] referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the March 7, 2024, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1.   Defendant Rumph has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2.   Defendant Rumph understands the proceedings, allegations and his rights;

3.   Defendant Rumph knowingly and voluntarily admitted that he failed to report to Regional Mental Health Center to begin his intensive outpatient substance abuse treatment [DE 87];

4.   The violation is a Grade C violation, Defendant's criminal history category is II, and the suggested penalty range is 4-10 months incarceration, with a statutory maximum of two years; and

5.   Defendant Rumph is currently being detained.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1.   Defendant Rumph be adjudged to have committed a violation of his supervised release described in the September 7, 2023, Petition [DE 70];

2. The Agreed Disposition of Supervised Release Violation [DE 87] be accepted; and

3. Defendant Rumph be sentenced to a term of 6 months of incarceration, with no term of supervised release to follow, and that he be given credit for time served and be housed in a facility that offers mental health counseling and allows prescription medication.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 7th day of March, 2024.

s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc:   All counsel of record
      District Judge James Moody

3