## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:19 CR 113** |
| | ) | |
| **HENRY RUMPH** | ) | |
| | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 89.) Defendant Rumph is **ADJUDGED** to have committed a violation of his supervised release as described in the Petition dated September 7, 2023. (DE # 70.) The Agreed Disposition of Supervised Release Violation (DE # 87) is **ACCEPTED**.

Defendant Rumph is sentenced to a term of 6 months of incarceration, with no term of supervised release to follow. The court recommends that defendant be given credit for time served and that he be housed in a facility that offers mental health counseling and allows prescription medication.

**SO ORDERED.**

Date: March 8, 2024

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT